IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DILEEF STRICKLAND, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-7164 |
| | : | |
| BRIAN COLEMAN et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 14th day of September, 2015, upon careful and independent consideration of the record in this case, the Report and Recommendation of the Honorable Linda K. Caracappa, United States Magistrate Judge, (Dkt No. 13), and Petitioner's failure to file any objections therein in accordance with Local Civil Rule 72.1 IV (b), it is hereby ORDERED that:

1. The Report and Recommendation, (Dkt No. 13), is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, is DENIED and DISMISSED WITH PREJUDICE;

3. The Petition for Stay and Abeyance, (Dkt No. 12), is DENIED;

4. There is no probable cause to issue a certificate of appealability;

5. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.